UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| WILLIE MARIE MCMUTRY | CIVIL ACTION NO. 24-cv-821 |
| VERSUS | JUDGE EDWARDS |
| DERRICK DEWAYNE BANKS | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 3), and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's Complaint is dismissed without prejudice for lack of subject-matter jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, this the 28th day of October, 2024.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE